NUMBER
13-05-767-CV

 

                     COURT
OF APPEALS

 

            THIRTEENTH
DISTRICT OF TEXAS

 

               CORPUS CHRISTI - EDINBURG

                                                                     

IN RE GUIDANT CORPORATION & CARDIAC PACEMAKERS,
INC.

 

                     On
Petition for Writ of Mandamus 

 

                  MEMORANDUM
OPINION

 

       Before Chief Justice Valdez and Justices
Rodriguez and Garza

                           Per Curiam Memorandum
Opinion[1]

 

          Relators,
Guidant Corporation & Cardiac Pacemakers, Inc., filed a petition for writ
of mandamus in the above cause on December 21,
2005.  The Court, having 








examined and fully considered the
petition for writ of mandamus and its record, is of the opinion
that relators have not shown themselves entitled to the relief sought.  Accordingly, relators' petition for writ of
mandamus is denied.  See Tex. R. App. P. 52.8(a).


                                                                                                PER
CURIAM

 

Memorandum Opinion delivered and filed

this 27th day of December, 2005.











[1] See Tex. R. App. P. 52.8(d) (“When denying relief, the court may hand down
an opinion but is not required to do so.”); Tex.
R. App. P. 47.4 (distinguishing opinions and memorandum opinions).